# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

Jonathan Lee Riches d/b/a
Bernard Madoff,                              CASE NO:
Plaintiff

v.

Amy Winehouse d/b/a Amy Jade civil,
Blake Fielder-civil,
Defendants

---

## Preliminary Injunction, Temporary Restraining order, TRO

Comes now, Jonathan Lee Riches d/b/a Bernard Madoff, I face imminent danger and Bodily harm from Amy Winehouse and her Ex husband Blake Fielder-civil who are both after me to stop my tell all story about them on the media circuit tour and to stop the publishing of my tell all book titled "Amy Winehouse, My Spouse" in which we were in a intimate relationship together from Jan 2001 through my Arrest for computer Hacking, Identity theft, Spamming, Credit card fraud, and Phishing on Feb 25th, 2003. The FBI Arrested me outside a Bank of America Bank using the Identity of Bernard Madoff and withdrawing illegal ponzi money in the amount of $69,000.00 dollars. I was on the Phone with Winehouse, Text messaging her when I got arrested. She directed me personally to rob banks with stolen Identities and to give her ½ the proceeds to finance her music career. Winehouse told me to be a suicide bomber and attach explosives around my neck like the Erie Pennsylvania Pizza Guy Mr. Wells, so If I get caught robbin Banks for Winehouse, I won't be able to implicate her as the ringleader mastermind in my Inter National Identity theft operation and I will go to paradise instead with 72 Winehouse virgins. Winehouse betrayed me after all the fraud I committed for her. She sold my copyright material to CNN Producer Andy Segal who featured me in a Emmy Award winning CNN documentary titled "CNN

presents "How to Rob a Bank", in which Winehouse gave them photos of us together committing Ponzi scams as MR & MRS. Bernard Madoff in the Swiss Alps at UBS offshore Banks. My Identity theft in 2002 financed Amy Winehouse's music career. I used a stolen American Express Black Card belonging to P. diddy combs to pay for a Manhatten Penthouse Music Recording Studio for $658,000.00 with signed Autograph turntables from DJ AM & DJ Jazzy Jeff. I used AIG corporate credit to pay for Cosmetic surgery for Winehouse including; $28,000.00 tummy tuck; $16,000.00 Nose Job with $38 dollar Nose piercing; $162.00 tatoo on Winehouse's left arm of my mother naked; $7,800.00 Breast implant Job & 2 months later a $2,400.00 replacement on her left Breast because it exploded and leaked when we were in silicon Valley drinking cases of wine in the Napa Valley in July 2002. I used stolen Capital One No hassle cards to finance Amy Winehouses wardrobe that she goes on tour with, including; Chico's dresses, The Fashion Barn dresses & skirts; Spencer Gifts lip stick; Sears toolbelts; HairClub for Women Wigs; Walmart Bras & undies. I was so in love with Amy Winehouse I got a tatoo of her on my Buttox. Now Amy Winehouse & hired British hitmen are after me because of my secrets I know on Winehouse and Proof. I have Photos, documents, exhibits, DNA in my possession regarding Winehouse. Defendants are plotting with Bureau of Prison guards & staff to Attack me at Federal medical center in lexington Kentucky to steal my Evidence, theft of my Winehouse Manuscript and to kill me softly. I met Amy Winehouse in 2002 in Rehab. A coed Rehab where we drank together in the closet, played Spin the bottle. She sodomized me with a Budweiser on Feb 10, 2002. I came up with all the lyrics to Winehouse's Songs to Rehab & Back to Black. "You know I'm no good" is my copyright idea because me and Winehouse committed credit card fraud together while we we in Rehab, using credit cards to buy cocaine from street venders, & Beer from corner Liquor stores. Amy Winehouse has a secret obsession with former NBA Black players and had affairs with the ugliest NBA players Alive which were Sam Cassell, Tyrone Hill, Popeye Jones, Kevin Willis, Manute Bol, Mugsy Bogues. Winehouse Also has a secret Sex tape with Tommy Lee Behind Pamela Anderson's Back that I have in my Prison locker

that she is after that TMZ.com & theSmokinggun.com plans to buy from me for $10 Hong Kong dollars. Amy Winehouse smokes crack everyday at 12pm NOON, thats why her teeth is rotted. Winehouse smoked crack at a Hannah Montana concert and she Assaulted my grandmother with a microphone because my granny wore a Hillary Duff T-shirt. Winehouse wrote the song "Me & Mr. Jones" on behalf of her secret Boyfriend Adam Pacman Jones where Winehouse was a Vegas Pole stripper for him and trick Daddy in 2003. Winehouse smokes pot in School Zones, also infront of Barack obama's Childrens school Sidwell & Friends, Winehouse leaves Heroin needles on their playground. Amy winehouse is a Secret Celebrity drug dealer. She gave tainted drugs to River Phoenix, Heath Ledger, Curt Cobain, Anna Nicole Smith which killed them, Winehouse has blood on her hands, she also gave michael Phelps pot to smoke at a college party. Winehouse stole cocaine from my stash and gave to Kate Moss to snort. Blake Fielder-Civil is after the sex tape I have of him and I with Pit Bulls at Vick's Bad Newz Kennels that Winehouse film while we were drunk on old English. Blake Fielder-Civil took advantage of me drunk and made me wear winehouse's wigs & shirts and slap Bulova on me which caused me shame and I was shunned and kicked out of the Catholic Church because of the Defendants who live in London England Kentucky. I have nightmares and panic Attacks thinking about my past experiences with Amy Winehouse. I had to take my winehouse Poster down from my Prison locker. I can't think right because of winehouse who belongs in federal Prison for being Part of my fraud conspiracy. I sued Hurricane Ike in Texas, "Riches v. Hurricane Ike", in that suit you will see a updated picture of me flexing with my shirt off, I weigh 115 Lbs, this is emotional distress from my fear that winehouse will kill me. I seek a restraining order Against Defendants.

Respectfully,

Jonathan Lee Riches d/b/a
Bernard Madoff #40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

4-16-09